UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Allen Azure,  Civil 06-1510 ADM/FLN

    Petitioner,

v.  O R D E R

Lynn Dingle, Acting Warden,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 27, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. Section 2254 [#1] is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: May 31, 2006          s/Ann D. Montgomery

                                      JUDGE ANN D. MONTGOMERY
                                      United States District Court